UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC P. LEBOUEF, SR. | CIVIL ACTION |
| VERSUS | NO: 09-4357 |
| LAFOURCHE PARISH DETENTION CENTER | SECTION: R |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's claims under 42 U.S.C. § 1983 against Lafourche Parish Detention Center be DISMISSED as frivolous.

New Orleans, Louisiana, this <u>4th</u> day of September, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE